### HERBERT FRANKEL ET AL. *v.* P. F. HOLDING CORPORATION, INC., ET AL.

### HERBERT FRANKEL ET AL. *v.* ERIC A. LAWRENCE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 48 Conn. App. 913 (AC 16814), is denied.

BERDON, J., dissenting. I would grant the plaintiffs' petition for certification to appeal.

*William F. Gallagher*, in support of the petition.

*Robyn L. Sondak*, in opposition.

Decided June 10, 1998

### STATE OF CONNECTICUT *v.* ERNEST REELS

The defendant's petition for certification for appeal from the Appellate Court (AC 17916) is denied.

BERDON and NORCOTT, Js., did not participate in the consideration or decision of this petition.

*Hubert J. Santos* and *Hope C. Seely*, in support of the petition.

Decided June 10, 1998